UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: §
 §
DAVID P JAMES § Case No. 19-80920
 §
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 03/22/2019. The case was converted to one under Chapter 7 on 04/30/2019. The undersigned trustee was appointed on 05/01/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    51,150.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 12,211.87 |
   | Bank service fees | 34.91 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 3,955.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 34,948.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/16/2019 and the deadline for filing governmental claims was 10/16/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,469.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $5,469.50, for a total compensation of $5,469.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $357.00, for total expenses of $357.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/20/2021               By: /s/TAZEWELL T. SHEPARD, TRUSTEE
                                   Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

USBA Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 19-80920 CRJ | Judge: Clifton R. Jessup | Trustee Name: | TAZEWELL T. SHEPARD, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DAVID P JAMES | | Date Filed (f) or Converted (c): | 04/30/2019 (c) |
| | | | 341(a) Meeting Date: | 05/31/2019 |
| For Period Ending: | 04/20/2021 | | Claims Bar Date: | 10/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 1001 Mill RoadMadison AL 3575 | 35,450.00 | 0.00 | | 0.00 | FA |
| 2. 2015 Audi Q5 mileage: 85000 | 21,500.00 | 19,535.04 | | 0.00 | FA |
| 3. 2011 Audi Q5` | 10,212.50 | 10,212.50 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Arrowheads | 100.00 | 0.00 | | 0.00 | FA |
| 6. 4 handguns (2 - Smith & Wesson, 2 - Ruger) | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Cash | 45.00 | 0.00 | | 0.00 | FA |
| 9. Wells Fargo | 150.00 | 0.00 | | 0.00 | FA |
| 10. BanCorp South | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Desk, Computer, 3 showcases, misc equip, inventory | 12,000.00 | 8,045.00 | | 51,150.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $83,457.50   $37,792.54   $51,150.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Kevin Morris 04/06/2021 - MK will review claims and KM will finalize Trustee expenses. RP will then prepare the Final Report to submit to the BA and Court.

USBA Form 101-7-TFR (5/1/2011) *(Page: 3)*

Case 19-80920-CRJ7    Doc 76    Filed 05/19/21    Entered 05/19/21 16:00:28    Desc Main
Document      Page 3 of 11

| | | | | |
|---|---|---|---|---|
| RE PROP # | 1 | -- | Trustee will abandon the asset at closing | |
| RE PROP # | 2 | -- | Trustee will abandon the asset at closing | Exhibit A |
| RE PROP # | 3 | -- | Trustee will abandon the asset at closing | |
| RE PROP # | 4 | -- | Trustee will abandon the asset at closing | |
| RE PROP # | 5 | -- | Trustee will abandon the asset at closing | |
| RE PROP # | 6 | -- | Trustee will abandon the asset at closing | |
| RE PROP # | 7 | -- | Trustee will abandon the asset at closing | |
| RE PROP # | 8 | -- | Trustee will abandon the asset at closing | |
| RE PROP # | 9 | -- | Personal Checking | |
| RE PROP # | 10 | -- | Trustee will abandon the asset at closing<br>Business Checking | |
| RE PROP # | 11 | -- | Trustee will abandon the asset at closing<br>Sold per order [Dkt. 61]; Report of Sale [Dkt. 64] | |

Initial Projected Date of Final Report (TFR): 04/12/2021     Current Projected Date of Final Report (TFR): 04/12/2021

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 19-80920 | Trustee Name: TAZEWELL T. SHEPARD, TRUSTEE |
| Case Name: DAVID P JAMES | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0333 |
| | Checking |
| Taxpayer ID No: XX-XXX3636 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 04/20/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/13/19 | 11 | Levy's Fine Jewelry, Inc by Servis1st Bank Cashier's Check | Check No. 192455 11/13/19 Funds were from the sale of the jewelry inventory and not for any equipment or showcases | 1129-002 | $51,150.00 | | $51,150.00 |
| 02/05/20 | 4001 | David P. James 1001 Mill Road Madison, AL 35758 | Claimed Exemption - Jewelry Inventory | 8100-002 | | $3,955.00 | $47,195.00 |
| 05/27/20 | 4002 | SPARKMAN, SHEPARD & MORRIS, P.C. P.O. Box 19045 Huntsville, AL 35804 | Attorney Fees & Expenses Order entered 5/13/2020 approving fees & expenses Fees = $11,863.00 Expenses = $322.71 | | | $12,185.71 | $35,009.29 |
| | | SPARKMAN, SHEPARD & MORRIS, P.C. | ($11,863.00) | 3110-000 | | | |
| | | SPARKMAN, SHEPARD & MORRIS, P.C. | ($322.71) | 3120-000 | | | |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.91 | $34,974.38 |
| 03/30/21 | 4003 | International Sureties, LTD 701 Poydras St. Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | $26.16 | $34,948.22 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $51,150.00 | $16,201.78 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $51,150.00 | $16,201.78 |
| Less: Payments to Debtors | $0.00 | $3,955.00 |
| Net | $51,150.00 | $12,246.78 |

USBA Form 101-7-TFR (5/1/2011) (Page: 5)     Page Subtotals:     $51,150.00     $16,201.78

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0333 - Checking | $51,150.00 | $12,246.78 | $34,948.22 |
| | $51,150.00 | $12,246.78 | $34,948.22 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $51,150.00 |
| Total Gross Receipts: | $51,150.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:19-80920-CRJ  
Debtor Name: DAVID P JAMES  
Claims Bar Date: 10/16/2019  

Date: April 20, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 0 2200 | TAZEWELL T. SHEPARD<br>303 Williams Avenue, Suite 1411<br>Huntsville, AL 35801 | Administrative | | $0.00 | $357.00 | $357.00 |
| 100 2100 | TAZEWELL T. SHEPARD<br>303 Williams Avenue, Suite 1411<br>Huntsville, AL 35801 | Administrative | | $0.00 | $5,469.50 | $5,469.50 |
| 100 3110 | SPARKMAN, SHEPARD & MORRIS, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804 | Administrative | Allowed per order [Dkt. 71] | $0.00 | $11,863.00 | $11,863.00 |
| 100 3120 | SPARKMAN, SHEPARD & MORRIS, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804 | Administrative | Allowed per order [Dkt. 71] | $0.00 | $322.71 | $322.71 |
| 1 300 7100 | DISCOVER BANK<br>Discover Products Inc<br>P O Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $8,979.52 | $8,979.52 |
| 2 300 7100 | Bancorpsouth Bank<br>P O Box 4360<br>Tupelo, Ms 38803 | Unsecured | | $0.00 | $2,758.11 | $2,758.11 |
| 3 300 7100 | Chase Bank Usa, N.A.<br>C/O National Bankruptcy Services, Llc<br>P.O. Box 9013<br>Addison Texas 75001 | Unsecured | | $0.00 | $15,433.11 | $15,433.11 |
| 5 300 7100 | Olympian Diamonds Inc.<br>8 South Michigan Suite 605<br>Chicago, Il 60603-3466 | Unsecured | | $0.00 | $1,867.42 | $1,867.42 |
| 6 300 7100 | Charles Herdemian, Inc.<br>168 Kinderkamack Road<br>Park Ridge, Nj 07656 | Unsecured | | $0.00 | $7,151.50 | $7,151.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:19-80920-CRJ　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: April 20, 2021
Debtor Name: DAVID P JAMES
Claims Bar Date: 10/16/2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | Kristin Kermig<br>22902 Curtis Drive<br>Athens, Al 35611 | Unsecured | | $0.00 | $8,567.54 | $8,567.54 |
| 4<br>400<br>4110 | John C. Lowe, Jr. Revocable Trust<br>Patsy Rentz, Trustee<br>C/O James T. Baxter Iii, Esq.<br>P.O. Box 165<br>Huntsville, Al 35804-0165 | Secured | Confirmed with creditor that there will be no distribution on this claim | $0.00 | $9,204.00 | $9,204.00 |
| | Case Totals | | | $0.00 | $71,973.41 | $71,973.41 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-80920
Case Name: DAVID P JAMES
Trustee Name: TAZEWELL T. SHEPARD, TRUSTEE

Balance on hand $ 34,948.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | John C. Lowe, Jr. Revocable Trust | $ 9,204.00 | $ 9,204.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 34,948.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TAZEWELL T. SHEPARD | $ 5,469.50 | $ 0.00 | $ 5,469.50 |
| Trustee Expenses: TAZEWELL T. SHEPARD | $ 357.00 | $ 0.00 | $ 357.00 |
| Attorney for Trustee Fees: SPARKMAN, SHEPARD & MORRIS, P.C. | $ 11,863.00 | $ 11,863.00 | $ 0.00 |
| Attorney for Trustee Expenses: SPARKMAN, SHEPARD & MORRIS, P.C. | $ 322.71 | $ 322.71 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,826.50

Remaining Balance $ 29,121.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $44,757.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 65.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,979.52 | $ 0.00 | $ 5,842.61 |
| 2 | Bancorpsouth Bank | $ 2,758.11 | $ 0.00 | $ 1,794.59 |
| 3 | Chase Bank Usa, N.A. | $ 15,433.11 | $ 0.00 | $ 10,041.71 |
| 5 | Olympian Diamonds Inc. | $ 1,867.42 | $ 0.00 | $ 1,215.06 |
| 6 | Charles Herdemian, Inc. | $ 7,151.50 | $ 0.00 | $ 4,653.20 |
| 7 | Kristin Kermig | $ 8,567.54 | $ 0.00 | $ 5,574.55 |

Total to be paid to timely general unsecured creditors $ 29,121.72

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE