# Compensation and Expense Worksheet

**Case Number: 19-80920**
**Debtor: James, David P.**

### 1. Computation of Compensation

Total compensable disbursements are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  | $47,195.00 |
|---|---|---|---|---|
|  | $47,195.00 | 25% of First $5,000.00 |  | $1,250.00 |
| Less | $5,000.00 | ($1,250.00 Maximum) |  |  |
| Balance | $42,195.00 | 10% of Next $45,000.00 |  | $4,219.50 |
| Less | $45,000.00 | ($4,500.00 Maximum) |  |  |
| Balance | $0.00 | 5% of Next $950,000.00 |  | $0.00 |
| Less | $950,000.00 | ($47,500.00 Maximum) |  |  |
| Balance | $0.00 | 3% of Balance |  | $0.00 |

Total Compensation Calculated: $5,469.50

Less Previously Paid Compensation:

**Total Compensation Requested:** $5,469.50

### 2. Trustee Expenses

The Trustee has incurred the following expenses:

SEE ATTACHED REPORT                             1 @ 357.00        $357.00

**Expense Summary**

TOTAL EXPENSES CALCULATED:                                        $357.00

Less Previously Paid Expenses                                     $0.00

TOTAL EXPENSES REQUESTED:                                         $357.00
                                                          ================

TOTAL EXPENSES AND COMPENSATION REQUESTED:                        $5,826.50

Signed    /s/Tazewell T. Shepard              Trustee:    TAZEWELL T. SHEPARD
                                                          303 Williams Avenue
                                                          Suite 1411
                                                          Huntsville, AL 35801