Case Number: 8:19-80920-CRJ  
Debtor Name: DAVID P JAMES

Date: May 18, 2021  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $34,948.22 |
| | TAZEWELL T. SHEPARD<br>303 Williams Avenue, Suite 1411<br>Huntsville, AL 35801 | Administrative | 100 | $5,469.50 | $0.00 | $5,469.50 | $5,469.50 | $29,478.72 |
| | TAZEWELL T. SHEPARD<br>303 Williams Avenue, Suite 1411<br>Huntsville, AL 35801 | Administrative | 0 | $357.00 | $0.00 | $357.00 | $357.00 | $29,121.72 |
| | SPARKMAN, SHEPARD &<br>MORRIS, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804 | Administrative | 100 | $11,863.00 | $11,863.00 | $0.00 | $0.00 | $29,121.72 |
| | SPARKMAN, SHEPARD &<br>MORRIS, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804 | Administrative | 100 | $322.71 | $322.71 | $0.00 | $0.00 | $29,121.72 |
| | Subtotals for Class Administrative 100.00% | | | $18,012.21 | $12,185.71 | $5,826.50 | $5,826.50 | |
| 1 | DISCOVER BANK<br>Discover Products Inc<br>P O Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 300 | $8,979.52 | $0.00 | $8,979.52 | $5,842.61 | $23,279.11 |
| 2 | Bancorpsouth Bank<br>P O Box 4360<br>Tupelo, Ms 38803 | Unsecured | 300 | $2,758.11 | $0.00 | $2,758.11 | $1,794.59 | $21,484.52 |
| 3 | Chase Bank Usa, N.A.<br>C/O National Bankruptcy<br>Services, Llc<br>P.O. Box 9013<br>Addison Texas 75001 | Unsecured | 300 | $15,433.11 | $0.00 | $15,433.11 | $10,041.71 | $11,442.81 |
| 5 | Olympian Diamonds Inc.<br>8 South Michigan Suite 605<br>Chicago, Il 60603-3466 | Unsecured | 300 | $1,867.42 | $0.00 | $1,867.42 | $1,215.06 | $10,227.75 |
| 6 | Charles Herdemian, Inc.<br>168 Kinderkamack Road<br>Park Ridge, Nj 07656 | Unsecured | 300 | $7,151.50 | $0.00 | $7,151.50 | $4,653.20 | $5,574.55 |
| 7 | Kristin Kermig<br>22902 Curtis Drive<br>Athens, Al 35611 | Unsecured | 300 | $8,567.54 | $0.00 | $8,567.54 | $5,574.55 | $0.00 |
| | Subtotals for Class Unsecured 65.07% | | | $44,757.20 | $0.00 | $44,757.20 | $29,121.72 | |
| 4 | John C. Lowe, Jr. Revocable Trust<br>Patsy Rentz, Trustee<br>C/O James T. Baxter Iii, Esq.<br>P.O. Box 165<br>Huntsville, Al 35804-0165 | Secured | 400 | $9,204.00 | $0.00 | $9,204.00 | $0.00 | $0.00 |
| | Subtotals for Class Secured 0.00% | | | $9,204.00 | $0.00 | $9,204.00 | $0.00 | |
| | Totals | | | $71,973.41 | $12,185.71 | $59,787.70 | $34,948.22 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Date Printed 5/18/2021 2:06:17 PM